**Electronically Filed
Supreme Court
SCWC-24-0000511
01-APR-2026
01:01 PM
Dkt. 18 OGAC**

SCWC-24-0000511

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

KAI DELA CRUZ,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000511; CASE NO. 1CPC-19-0001711)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Ginoza, and Devens, JJ.,
Circuit Judge Malinao, in place of Eddins, J., recused,
and Circuit Judge Kimura, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on February 12, 2026, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, April 1, 2026.

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao

/s/ Jordon J. Kimura

